Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Raymond Y. Kim (SBN 251210)
Email: rkim@reedsmith.com
Cristyn N. Chadwick (SBN 280705)
Email: cchadwick@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendant
FIA Card Services, National Association

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| HARRY KARNOFSKY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>FIA CARD SERVICES, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 to 100, inclusive,<br><br>　　　　　　Defendants. | Case No.: 5:13-cv-01150-HRL<br><br>**STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND RELATED DATES**<br><br>Complaint Filed:　　February 13, 2013<br>FAC Filed:　　　　　May 13, 2013<br><br>The Honorable Howard R. Lloyd |

# STIPULATION

This Stipulation is made by and between Plaintiff Harry Karnofsky ("Plaintiff") and Defendant FIA Card Services, National Association ("FIA") (collectively, the "Parties") by and through their respective counsel of record and in light of the following:

WHEREAS Plaintiff filed his Complaint against Bank of America, National Association on February 13, 2013 in the Superior Court for the State of California, County of Santa Clara, Case No. 113CV241028, and the matter was removed to the United States District Court, Northern District of California on March 14, 2013;

WHEREAS Plaintiff filed his First Amended Complaint on May 13, 2013, dismissing Bank of America, National Association and naming FIA as a defendant;

WHEREAS on January 7, 2014, FIA filed its Motion for Summary Judgment, which was subsequently argued on February 11, 2014;

WHEREAS the Parties await the Court's ruling on the Motion;

WHEREAS the Final Pretrial Conference for this matter is set for May 13, 2014 at 1:30 p.m.

WHEREAS the Parties' joint pretrial statement, trial briefs, motions in limine, and a number of other submissions are due for filing on April 29, 2014.

THEREFORE, in light of the pending Motion for Summary Judgment and with good cause showing, the Parties respectfully request that the Court vacate the current Final Pretrial Conference,

///

///

1  and order that it be reset by the Court, as may be appropriate, following resolution of
2  FIA's Motion for Summary Judgment.

4  DATED: April 21, 2014

REED SMITH LLP

By  /s/ *Cristyn N. Chadwick*
    Abraham J. Colman
    Raymond Y. Kim
    Cristyn N. Chadwick
    Attorneys for Defendant
    Bank of America, National Association

DATED: April 21, 2014

SAGARIA LAW, P.C.

By  /s/ Elliot W. Gale
    Scott J. Sagaria
    Elliot W. Gale
    Attorneys for Plaintiff
    Harry Karnofsky

STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND RELATED DATES