REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| HARRY KARNOFSKY,<br><br>            Plaintiff,<br><br>    vs.<br><br>FIA CARD SERVICES, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 to 100, inclusive,<br><br>            Defendants. | Case No.:  5:13-cv-01150-HRL<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE**<br><br>Complaint Filed:    February 13, 2013<br>FAC Filed:              May 13, 2013<br><br>The Honorable Howard R. Lloyd<br><br>[Re:   Dkt. No. 48] |

**[PROPOSED] ORDER**

The Court, having reviewed and considered Plaintiff Harry Karnofsky ("Plaintiff") and Defendant FIA Card Services, National Association's ("FIA") Stipulation to Continue Final Pretrial Conference, and with good cause appearing therefore hereby orders that the Final Pretrial Conference is vacated, to be reset by the Court, as may be appropriate, following resolution of FIA's Motion for Summary Judgment.

**IT IS SO ORDERED**.

DATED: April 23, 2014

The Honorable Howard R. Lloyd
United States Magistrate Judge